United States District Court
District Court Puerto Rico
Exhibits Log: 26-mj-274 Identity Hearing
USA v. Shaquille De Jesus-Torres, 4/10/2026

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---------|-------------|-----|------------|----------|
| Gov-1 | Depicted photo of Shaquille De Jesus-Torres | No | 4/10/2026 12:00 AM | 4/10/2026 12:00 AM |
| Gov-2 | Photo taken on the morning of April 7th following the arrest of Shaquille De Jesus-Torres | No | 4/10/2026 12:00 AM | 4/10/2026 12:00 AM |
| Gov-3 | David information for Shaquille De Jesus-Torres | No | 4/10/2026 12:00 AM | 4/10/2026 12:00 AM |